*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, PICTON, and de GROOT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Jeffrey W. MORRIS**
Aviation Ordnanceman Petty Officer First Class (E-6),
U.S. Navy
*Appellant*

**No. 202400474**

_____

Decided: 25 June 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Frankie D. Hutchison

Sentence adjudged 5 November 2024 by a general court-martial tried at Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 90 days, and a bad-conduct discharge.[1]

---

[1] In accordance with the pretrial agreement, confinement in excess of 60 days is suspended for the period of confinement adjudged plus 12 months thereafter, at which time, unless sooner vacated, the suspended portion will be remitted without further action.

Opinion of the Court

For Appellant:
*Kimberly D. Hinson*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

_____

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.